**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE JOHANSEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: CV 11-06668 SJO (MLGx)<br>Honorable S. James Otero<br>Courtroom 1<br><br>**JUDGMENT IN FAVOR OF DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY** |

# JUDGMENT

Defendant American General Life Insurance Company's ("Defendant") Motion for Summary Judgment and/or Partial Summary Judgment or Summary Adjudication on the Issues came on for hearing before the Honorable S. James Otero, United States District Court Judge, in Courtroom 1 of the United States District Court for the Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California 90012-4701.

After considering the papers filed in support of the Motion for Summary Judgment and/or Partial Summary Judgment or Summary Adjudication on the Issues and good cause appearing, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that summary judgment shall be, and hereby is, entered in favor of Defendant American General Life Insurance Company as to all claims.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: October 03, 2012

_____
S. James Otero
United States District Court Judge